UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **MANUEL SILVER ET AL** | **CIVIL ACTION NO. 22-cv-138** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **FOREST RIVER INC ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 42] previously filed herein, and having thoroughly reviewed the record, noting the absence of any objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue [Doc. No. 9] filed by Defendant Forest River, Inc. is **DENIED**.

**THUS, DONE AND SIGNED** at Monroe, Louisiana, this the 16th day of June 2023.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE